# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

157431

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

TRAMANUEL DURHAM,
          Defendant-Appellant.

SC: 157431
COA: 334256
Wayne CC: 16-002807-FC

_____/

On order of the Court, the application for leave to appeal the January 25, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Ames* (Docket No. 156077) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk

a1212